## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RICHARD KEELER, )
Plaintiff, )
)
v. )
)
CITY OF CHICAGO, a Municipal )
Corporation, POLICE OFFICER JUAN )
CIFUENTES, POLICE OFFICER )
WILFREDO ROMAN, POLICE OFFICER )
MARK DIAZ, POLICE OFFICER )
ROBERTO RUIZ, POLICE OFFICER )
BRIAN BERKA AND POLICE )
OFFICER JOSEPH CEGLAREK, )
Defendants. )

### COMPLAINT AT LAW AND DEMAND FOR JURY

NOW COMES the plaintiff, RICHARD KEELER, by and through his attorney, LAW OFFICES OF MICHAEL S. HEDRICK, LLC and complaining each of the defendants as follows:

### FACTUAL ALLEGATIONS

1. At all relevant times plaintiff was a citizen of Illinois residing in Chicago.

2. At all relevant times, defendant City of Chicago was a municipal corporation that employed the co-defendants as police officers.

3. At all relevant times the co-defendant officers were acting under color of state law and within the scope of their employment with the City of Chicago, and as law enforcement agents and employees of the City of Chicago.

4. On August 30, 2011, at approximately 3:25 p.m., the co-defendant officers chased the plaintiff into an enclosed stairwell at or near 958 N Parkside Avenue without good cause.

5. In said stairwell the officers fired their guns, without cause, at the plaintiff and injured him

severely.

6. Before the defendant officers chased and cornered plaintiff in the stairwell, plaintiff violated no law or ordinance.

7. At all relevant times, plaintiff had no gun or dangerous weapon.

8. After severely injuring the plaintiff the officers knowingly and maliciously gave false information to police investigators leading to plaintiff being arrested for, charged with and prosecuted for aggravated assault.

9. Each of the individual defendants acted separately and in concert in the conduct described herein.

## COUNT I - BATTERY

The plaintiff hereby re-alleges and incorporates, verbatim, the allegations in paragraphs 1-9 and further alleges the following:

10. The defendant officers' firing of their weapons at plaintiff and the injuries to plaintiff constitute an unlawful battery.

11. As a direct and proximate result of the battery and injuries inflicted by the defendants the plaintiff sustained medial bills and continues to sustain physical pain and mental suffering.

WHEREFORE, plaintiff prays for judgment against the defendants, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

## COUNT II - 42 U.S.C. SECTION 1983 EXCESSIVE FORCE

The plaintiff hereby re-alleges and incorporates, verbatim, the allegations in paragraphs 1-9 and further alleges the following:

10. The force used against plaintiff was unnecessary, unreasonable, and excessive and it violated plaintiff's Fourth Amendment Rights.

11. The defendants' conduct deprived plaintiff of his rights, privileges, and immunities secured to him by the Fourth and Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

12. As a direct and proximate result of the excessive force used and the injuries inflicted by the defendants the plaintiff sustained medial bills and continues to sustain physical pain and mental suffering.

WHEREFORE, plaintiff prays for judgment against the defendants, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

## COUNT III - 42 U.S.C. SECTION 1983 NO PROBABLE CAUSE FOR ARREST

The plaintiff hereby re-alleges and incorporates, verbatim, the allegations in paragraphs 1-9 and further alleges the following:

10. The arrest of the plaintiff was unlawful and in violation of the plaintiff's protected rights secured to him by the Fourth and Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

11. The defendants' conduct deprived plaintiff of his rights, privileges and immunities secured to him by the Fourth and Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

WHEREFORE, plaintiff prays for judgment against the defendants, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

## COUNT IV - MALICIOUS PROSECUTION

The plaintiff hereby re-alleges and incorporates, verbatim, the allegations in paragraphs 1-9 and further alleges the following:

10. Based on the false information given by defendant officers to police investigators, plaintiff was arrested for, charged with and prosecuted for aggravated assault.

11. The defendants' conduct deprived plaintiff of his rights, privileges, and immunities secured to him by the Fourth and Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

WHEREFORE, plaintiff prays for judgment against the defendants, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

## COUNT V - ATTORNEYS FEES

The plaintiff hereby re-alleges and incorporates, verbatim, the allegations in paragraphs 1-9 and further alleges the following:

10. By reason of the acts by the defendants the plaintiff was required to retain an attorney to institute, prosecute, and render legal assistance to him in this action and in the aggravated assault charge, so that he might vindicate the loss and violation of his rights.

WHEREFORE plaintiff requests payment by the defendants attorney fees under 42 U.S.C. section 1983, the Equal Access to Justice Act or any other provision set by law.

## COUNT VI - PUNITIVE DAMAGES

The plaintiff hereby re-alleges and incorporates, verbatim, the allegations in paragraphs 1-9 and further alleges the following:

10. The defendant officers acted intentionally and with malice against the plaintiff.

11. The aforementioned acts by the defendants violated plaintiff's protected rights under 42 U.S.C. section 1983 and justify an award of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

WHEREFORE plaintiff requests an award of punitive damages as allowed for actions under 42 U.S.C. section 1983.

## COUNT VII - INDEMNIFICATION

The plaintiff hereby re-alleges and incorporates, verbatim, the allegations in paragraphs 1-9 and further alleges the following:

10. The acts of each of the defendants were committed within the scope of their employment as police officers for the defendant City of Chicago.

11. Pursuant to Illinois law, 745 ILCS 10/9-102, the City of Chicago is empowered and directed to pay any judgment for compensatory damages (and any associated attorneys' fees and costs) for which employees while acting within the scope of his or her employment are found liable.

12. In the event that a judgment for damages is entered in plaintiff's favor, the City of Chicago must pay the judgment as well as the associated attorneys' fees and costs.

WHEREFORE, plaintiff prays for judgment against the defendants, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

Respectfully submitted,
THE LAW OFFICES OF MICHAEL S. HEDRICK, LLC

Michael S. Hedrick, Esq.

LAW OFFICES OF MICHAEL S. HEDRICK, LLC.
Attorneys for Respondents
111 West Washington Street, Suite 917
Chicago, Illinois 60602
(312)731-4807
Attorney #38411

5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| RICHARD KEELER,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| CITY OF CHICAGO, a Municipal Corporation, POLICE OFFICER JUAN CIFUENTES, POLICE OFFICER WILFREDO ROMAN, POLICE OFFICER MARK DIAZ, POLICE OFFICER ROBERTO RUIZ, POLICE OFFICER BRIAN BERKA AND POLICE OFFICER JOSEPH CEGLAREK,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPREME COURT RULE 222 AFFIDAVIT OF DAMAGES

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney for the plaintiffs in the above titled cause of action seeking money damages or collection of taxes, and states that cause of action,

_____ DOES NOT EXCEED $50,000.00

__X__ DOES EXCEED $50,000.00

LAW OFFICES OF MICHAEL S. HEDRICK, LLC

Michael Hedrick, Esq.

Subscribe and sworn to
before me this 15th day of August, 2012.

_____
Notary Public

IDDE SHEIROK
MY COMMISSION EXPIRES
JUNE 2, 2015

*0079 0806*

IN THE CIRCUIT ___ ___ TY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| RICHARD KEELER,<br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, a Municipal<br>Corporation, POLICE OFFICER JUAN<br>CIFUENTES, POLICE OFFICER<br>WILFREDO ROMAN, et al. | 2012 L 009574<br><br>Please Serve: CITY OF CHICAGO c/o<br>City of Chicago Clerk - Susana A. Mendoza<br>121 N. LaSalle, Suite 107A<br>Chicago, IL 60602 |

## SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the date of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,................SEP 0 4 2012,20...............

..................................................................
Clerk of the Court
Date of service:..............................,20..............
(To be inserted by officer on copy left with defendant or other person)

LAW OFFICES OF MICHAEL S. HEDRICK, LLC
111 West Washington Street, Ste. 917
Chicago, IL 60602
(312) 731-4807
Atty. No. 38411

**DOROTHY BROWN, CLERK OF THE COURT OF COOK COUNTY, ILLINOIS**



IN THE CIRCUIT C~~~~~Y, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| RICHARD KEELER, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, a Municipal )<br>Corporation, POLICE OFFICER JUAN )<br>CIFUENTES, POLICE OFFICER )<br>WILFREDO ROMAN, et al. | 2012 L 009574<br><br>Please Serve: CITY OF CHICAGO c/o<br>City of Chicago Clerk - Susana A. Mendoza<br>121 N. LaSalle, Suite 107A<br>Chicago, IL 60602 |

### SUMMONS

To each defendant:

   **YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the date of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer:

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,............................SEP 0 4 2012..............

...........................................................................
Clerk of the Court
Date of service:..............................,20..............
(To be inserted by officer on copy left with defendant or other person)

LAW OFFICES OF MICHAEL S. HEDRICK, LLC
111 West Washington Street, Ste. 917
Chicago, IL 60602
(312) 731-4807
Atty. No. 38411

**DOROTHY BROWN, CLERK OF THE COURT OF COOK COUNTY, ILLINOIS**

Civil Action Cover Sheet - Case Initiation (Rev. 4/21/09) CCL 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Richard Keeler

v.     No. _____

City of Chicago, et al

(FILE STAMP) 2012 AUG 23 PM 1:59

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. ONLY ONE (1) CASE TYPE MAY BE CHECKED WITH THIS COVER SHEET.

Jury Demand ☑ Yes ☐ No

**PERSONAL INJURY/WRONGFUL DEATH**
**CASE TYPES:**
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☒ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
**CASE TYPES:**
- ☐ 007 Confession of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

**COMMERCIAL LITIGATION**
**CASE TYPES:**
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action (Please Specify Below**)
- ☐ 075 Other Commercial Litigation (Please Specify Below**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**
**CASE TYPES:**
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

By: _____ (signature)
(Attorney) (Pro Se)