53295-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICHARD KEELER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, a Municipal Corporation, <br> POLICE OFFICER JUAN CIFUENTES, <br> POLICE OFFICER WILFREDO ROMAN, <br> POLICE OFFICER MARK DIAZ, <br> POLICE OFFICER ROBERTO RUIZ, <br> POLICE OFFICER BRIAN BERKA, and <br> POLICE OFFICER JOSEPH CEGLAREK, <br><br> Defendants. | No. 12 CV 07612 <br><br> Judge John Grady <br><br> Mag. Judge Sidney Schenkier |

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW COMES, the law firm of QUERREY & HARROW, LTD., and the CITY OF CHICAGO DEPARTMENT OF LAW, by the attorneys listed below, and for their Joint Motion to Substitute Counsel for Defendant, CITY OF CHICAGO, state as follows:

1. On September 24, 2012, Thomas J. Platt of the CITY OF CHICAGO DEPARTMENT OF LAW filed an appearance on behalf of the City of Chicago. (*See* Dkt #2).

2. That the CITY OF CHICAGO has retained the law firm of QUERREY & HARROW, LTD. to represent the Defendants in this action and substitute in as attorneys of record for the Defendant, CITY OF CHICAGO, in this matter.

WHEREFORE, it is respectfully requested that this Honorable Court grant the substitution of QUERREY & HARROW, LTD. as attorneys of record for the Defendant,

1

CITY OF CHICAGO, in this matter, that the attorneys from QUERREY & HARROW, LTD. listed below be granted leave to appear *instanter* and the CITY OF CHICAGO DEPARTMENT OF LAW be granted to withdraw its appearance for Defendant, CITY OF CHICAGO.

| | |
|---|---|
| Thomas J. Platt<br>**City of Chicago, Department of Law**<br>Withdrawing Attorney | Daniel F. Gallagher<br>Larry S. Kowalczyk<br>**QUERREY & HARROW, LTD.**<br>Substituting Attorneys |
| By: s/ Thomas J. Platt<br>Thomas J. Platt<br>CITY OF CHICAGO<br>DEPARTMENT OF LAW<br>30 North LaSalle Street, Suite 900<br>Chicago, IL 60602<br>(312) 744-4833 | By: s/ Daniel F. Gallagher<br>QUERREY & HARROW, LTD.<br>175 West Jackson Blvd., Suite 1600<br>Chicago, Illinois 60604<br>(312) 540-7000 |

Document #: 1653985