IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICHARD KEELER,<br>　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>CITY OF CHICAGO, a Municipal Corporation,<br>POLICE OFFICER JUAN CIFUENTES, POLICE<br>OFFICER WILFREDO ROMAN, POLICE<br>OFFICER MARK DIAZ,<br>POLICE OFFICER ROBERTO RUIZ,<br>POLICE OFFICER BRIAN BERKA, and<br>POLICE OFFICER JOSEPH CEGLAREK,<br>　　　　　　　Defendants. | No. 12 CV 07612<br><br>Judge John Grady |

## **STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, by their respective attorneys of record, that this matter has been settled, and, therefore, this entire cause should be dismissed with prejudice and without leave to reinstate and with each Party bearing their own costs and attorney's fees in accordance with the terms of this Release and Settlement Agreement.

Respectfully submitted,

By:*/s/ Michael S. Hedrick*
　　Michael S. Hedrick
　　Attorney for Plaintiff, Richard Keeler

Law Offices of Michael S. Hedrick, LLC
Gateway Executive Suites
4140 E. Baseline Rd., Suite 101
Mesa, AZ  85206
(602) 284-6050
(312) 731-4807

DATE:　November 13, 2013

By:/s/  *Larry S. Kowalczyk*
　　Larry S. Kowalczyk
　　One of the Attorneys for Defendants,
　　City of Chicago, a Municipal Corporation,
　　and Police Officers Juan Cifuentes,
　　Wilfredo Roman, Mark Diaz, Roberto Ruiz,
　　Brian Berka and Joseph Ceglarek

Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL  60604
(312) 540-7000

DATE:　November 13, 2013

Document #: 1692854